IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC, CLERK, CHARLESTON, S

Michael LaMont Robinson,  )
  )
    Petitioner,  )
  )
v.  )
  )
John J. LaManna,  )
  )
    Respondent.  )
_____)

2008 NOV 19 P 12: 41

Civil Action No. 3:08-277-SB-JRM

**ORDER**



This matter is before the Court on the pro se Petitioner's request for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to Local Rule 73.02(B)(2)(a), this matter was referred to a United States Magistrate Judge for preliminary review.

On March 20, 2008, the Respondent filed a motion for summary judgment, and on March 31, 2008, the Magistrate Judge issued an Order pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), advising the Petitioner of his obligation to respond to the motion for summary judgment. On April 14, 2008, the Petitioner filed a "motion in opposition of summary judgment."

Subsequently, on October 21, 2008, the Magistrate Judge issued a report and recommendation ("R&R"), recommending that the Court grant the Respondent's motion for summary judgment. Attached to the R&R was a notice advising the parties of their right to file specific, written objections to the R&R within ten days. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d

198, 201 (4th Cir. 1997). Here, because the parties filed no objections to the R&R, there are no portions of the R&R to which the Court must conduct a de novo review. Accordingly, the Court hereby adopts the Magistrate Judge's R&R as the Order of this Court, and it is

**ORDERED** that the Respondent's motion for summary judgment is granted.

**IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge

November **19**, 2008
Charleston, South Carolina

